IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| **In re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation** | ) ) ) ) ) ) ) ) ) | MDL No. 1699<br><br>**District Judge: Charles R. Breyer**<br>Magistrate: |
| **FRANCESCA SALMIERI,** individually,<br><br>Plaintiff,<br><br>v.<br><br>**PFIZER, INC., PHARMACIA CORP., and G.D.SEARLE & CO.,**<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 06-3013 CRB<br><br>**ORDER OF DISMISSAL** |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this __6th____ day of __September_____, 2006, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*